IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOAQUIN V. CASTILLO,<br>    ID # 933475,<br>        Petitioner,<br><br>vs.<br><br>RICK THALER,[1] Director,<br>Texas Department of Criminal<br>Justice, Institutional Division,<br>        Respondent. | )<br>)<br>)<br>)<br>)    No. 3:09-CV-2320-P(BH)<br>)<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 19th day of January, 2010.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

---

[1] The previously-named respondent in this action was Douglas Dretke. On July 15, 2009, Rick Thaler succeeded Nathaniel Quarterman as Director of the Correctional Institutions Division of the Texas Department of Criminal Justice. Under Rule 25(d) of the Federal Rules of Civil Procedure, he "is automatically substituted as a party."